UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>FAIRFIELD SENTRY LIMITED, GREENWICH SENTRY, L.P., and GREENWICH SENTRY PARTNERS, L.P.,<br><br>   Defendants. | Adv. Pro. No. 09-01239 (BRL) |

## STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

It is hereby stipulated and agreed by and between the undersigned counsel for the Trustee and the Defendants, Fairfield Sentry Limited, Greenwich Sentry, L.P., and Greenwich Sentry Partners, L.P. (collectively, the "Parties"), as follows:

1. The Parties consent to the Trustee filing an Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, as incorporated by Federal Rule of Bankruptcy Procedure 7015. This is without waiver by any Party of any defense whatsoever, including without limitation defenses to service, jurisdiction, statutes of limitations and repose, and all other defenses.

2. The Trustee shall file the Amended Complaint on or before Wednesday, July 21, 2010.

3. Fairfield Sentry Limited, Greenwich Sentry, L.P., and Greenwich Sentry Partners, L.P. may move, answer or otherwise respond to the Amended Complaint by August 31, 2010.

|  |  |
|---|---|
|  | /s/ Marc Hirschfield |
|  | Baker & Hostetler LLP |
|  | 45 Rockefeller Plaza |
| Of Counsel: | New York, New York 10111 |
|  | Telephone: (212) 589-4200 |
| Thomas L. Long | Facsimile: (212) 589-4201 |
| Jessie M. Gabriel | David J. Sheehan |
| Baker & Hostetler LLP | E-mail: dsheehan@bakerlaw.com |
| 65 East State Street, Suite 2100 | Marc E. Hirschfield |
| Columbus, Ohio 43215 | E-mail: mhirschfield@bakerlaw.com |
| Telephone: (614) 228-1541 | Mark A. Kornfeld |
| Facsimile: (614) 462-2616 | E-mail: mkornfeld@bakerlaw.com |
| Thomas L. Long |  |
| E-mail: tlong@bakerlaw.com | *Attorneys for Irving H. Picard, Esq.,* |
| Jessie M. Gabriel | *Trustee for the SIPA Liquidation of Bernard L.* |
| E-mail: jgabriel@bakerlaw.com | *Madoff Investment Securities LLC* |

Dated: July 20, 2010  /s/ David J. Molton
New York, New York  Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
David J. Molton
Email: dmolton@brownrudnick.com
Martin S. Siegel
Email: msiegel@brownrudnick.com

*Attorneys for Fairfield Sentry Limited (in Liquidation), by its Liquidators, Kenneth M. Krys and Christopher D. Stride*

Dated: July 20, 2010  /s/ Mark McKeefry
New York, New York  575 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 991-5246
Mark McKeefry
Email: markm@fggus.com

*Attorneys for Defendants Greenwich Sentry, L.P. and Greenwich Sentry Partners, L.P.*

SO ORDERED:

Dated: New York, New York
July 20, 2010

/s/Burton R. Lifland
HONORABLE BURTON R. LIFLAND
UNITED STATES BANKRUPTCY JUDGE